(No. 75-CC-532— )

ROCKFORD MEMORIAL HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 27, 1975.*

ROCKFORD MEMORIAL HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-587— )

EDWARD STAUBER WHOLESALE HARDWARE, INC., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed February 27, 1975.*

EDWARD STAUBER WHOLESALE HARDWARE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.